1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>             Plaintiff,<br><br>      v.<br><br>EL DORADO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>             Defendants. | No.  2:15-cv-0165 AC P<br><br><br><br>RELATED CASE ORDER |
| BRUCE BENTON,<br><br>             Plaintiff,<br><br>      v.<br><br>EL DORADO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>             Defendants. | No.  2:15-cv-0772 AC P<br><br><br><br>RELATED CASE ORDER |
| RICHARD ANDERSON,<br><br>             Plaintiff,<br><br>      v.<br><br>EL DORADO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>             Defendants. | No.  2:15-cv-0773 AC P<br><br><br><br>RELATED CASE ORDER |

1

| | |
|---|---|
| TIMOTHY SUDDETH,<br><br>          Plaintiff,<br><br>     v.<br><br>EL DORADO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>          Defendants. | No. 2:15-cv-0774 AC P<br><br><br><br>RELATED CASE ORDER |

On April 10, 2015, this court issued an order severing these four cases. Examination of these actions reveals that they are related within the meaning of Local Rule 123. These actions "involve similar questions of fact and the same question[s] of law and their assignment to the same . . . Magistrate Judge is likely to effect a substantial savings of judicial effort," Local Rule 123(a)(3), and be convenient for the parties. All plaintiffs have consented to the jurisdiction of the undersigned Magistrate Judge for all purposes. See 28 U.S.C. § 636(c) and Local Rule 305(a). Should any of these actions also require later assignment to a District Judge, such assignment shall be to the same District Judge assigned to any other of these related cases.

Accordingly, IT IS HEREBY ORDERED that the above-identified actions are related. The parties are informed that, although these cases are related under Local Rule 123, they are not consolidated. The Clerk of Court is directed to make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: April 13, 2015

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE