UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0165 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was commenced with a complaint filed by four plaintiffs. On April 9, 2015, the court dismissed the original complaint and severed the action, directing each plaintiff to file a new motion to proceed in forma pauperis and an amended complaint representing their individual claims. ECF No. 12. Although the cases are related, see ECF No. 14, each plaintiff must proceed in his own case.

On May 11, 2015, plaintiff Spears filed a First Amended Complaint. See ECF No. 16. However, plaintiff has not filed a new in forma pauperis affidavit or paid the required filing fee of $350.00 plus the $50.00 administrative fee.[1]  See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not

1

provided the opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to pay the required fees totaling $400.00.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within thirty days from the filing date of this order, submit an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the required fees in the amount of $400.00; plaintiff's failure to comply with this order will result in the dismissal of this action without prejudice; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: May 26, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

required to pay the $50.00 administrative fee.

2