UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-0165 MCE AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2019, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice that any objections to the F&Rs were to be filed within fourteen days. ECF No. 28. On April 4, 2019, Plaintiff was granted an extension of time to May 3, 2019 to file objections. ECF No. 32. However, neither party has filed objections to the F&Rs.

The Court has reviewed the file and finds the F&Rs to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

1. The F&Rs filed March 5, 2019 (ECF No. 28), are ADOPTED in full;

2. Plaintiff's claims One, Two and Five, as set forth in the FAC, ECF No. 16, and Plaintiff's claims for injunctive relief against El Dorado County, are DISMISSED without leave to amend.

IT IS SO ORDERED.

Dated: June 13, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE