1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRIAN SPEARS,                          No.  2:15-cv-0165 MCE AC P

12                 Plaintiff,

13          v.                               ORDER

14    EL DORADO COUNTY, et al.,

15                 Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil

18    rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On February 2, 2021, plaintiff submitted the requested service documents for this case.

21    See ECF No. 39.  In those documents, plaintiff provided the true name of the defendant who

22    previously been identified on the docket as "Jane Doe, EDCJ Dentist."  The record now indicates

23    that this defendant's name is Susanna Kurk.  The Clerk of Court will be directed to update the

24    docket accordingly.

25    ////

26    ////

27    ////

28    ////

                                              1

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall update the case

2   caption of the court's docket and replace defendant "Jane Doe, EDCJ Dentist" with defendant

3   "Susanna Kurk, EDCJ Dentist."

4   DATED: February 9, 2021

5                                   _____
                                    ALLISON CLAIRE
6                                   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28