1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN SPEARS,                          No.  2:15-cv-0165 MCE AC P

12            Plaintiff,

13        v.                                ORDER

14   BRUCE BENTON, et al.,

15            Defendants.

16

17        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks

18   relief pursuant to 42 U.S.C. § 1983.

19        On June 28, 2021, the court ordered the United States Marshal to serve the complaint on

20   defendants.  Process directed to defendant Sgt. Armstrong was returned unserved because "PER

21   EL DORADO COUNTY, "… Sgt. Armstrong left the County's employment several years ago

22   and her whereabouts are presently unknown to us."  Plaintiff must provide additional information

23   to serve this defendant.  Plaintiff shall promptly seek such information through discovery, the

24   California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to

25   plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may

26   seek judicial intervention.

27   ////

28   ////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with

3  an instruction sheet and a copy of the second amended complaint filed May 3, 2019;

4        2.  Within sixty days from the date of this order, plaintiff shall complete and submit the

5  attached Notice of Submission of Documents to the court, with the following documents:

6            a.  One completed USM-285 form for defendant Armstrong;

7            b.  Two copies of the endorsed complaint filed May 3, 2019, and

8            c.  One completed summons form (if not previously provided) or show good cause

9  why he cannot provide such information.

10  DATED: July 20, 2021

11

12  ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BRIAN SPEARS,                              No.  2:15-cv-0165 MCE AC P

12              Plaintiff,

13        v.                                    NOTICE OF SUBMISSION OF
                                                DOCUMENTS
14   BRUCE BENTON, et al.

15              Defendants.

16

17        Plaintiff hereby submits the following documents in compliance with the court's order

18   filed _____ :

19        ____        completed summons form

20        ____        completed USM-285 forms

21        ____        copies of the _____

22                         Complaint

23   DATED:

24

25

26

27                                        _____

28                                        Plaintiff

                                      1