UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>  Plaintiff,<br><br>  v.<br><br>BRUCE BENTON, et al.,<br><br>  Defendants. | No. 2:15-cv-0165 MCE AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this court is plaintiff's motion to modify the discovery and scheduling order. ECF No. 74. Defendants do not oppose the motion. ECF No. 75. They request, however, that the deadlines for motions to compel and pretrial motions be extended. Id. at 1. Defendants also request that any new deadlines imposed by the court apply to all parties. Id. at 2.

Plaintiff has demonstrated good cause for a modification of the scheduling order, and the unopposed motion therefore will be granted. The discovery and pretrial motion deadlines will be modified in a way that takes into consideration plaintiff's circumstances.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the discovery and scheduling order (ECF No. 74) is GRANTED;

2. The parties may conduct discovery until August 19, 2022. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date;

3. All pretrial motions, except motions to compel discovery, shall be filed on or before November 14, 2022. Motions shall be briefed in accordance with paragraph 8 of this court's order issued November 3, 2021,; and

4. All other directives in the court's discovery and scheduling order issued December 3, 2021 (ECF No. 70) are to remain in full force and effect.

DATED: May 10, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE