UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>            Plaintiff,<br><br>     v.<br><br>BRUCE BENTON, et al.,<br><br>            Defendants. | No.  2:15-cv-0165 MCE AC P<br><br><br>ORDER |

On July 22, 2022, attorney Jennifer Elgie Paez, counsel for defendant Susanna Kurk, DDS, filed a notice of withdrawal. ECF No. 80. On July 28, 2022, the court ordered Ms. Paez to file a substitution of attorney form that complies with the Local Rules, and to do so within seven days. ECF No. 81.

More than seven days have passed, and Ms. Paez has not filed a substitution form nor has she responded to the court's order in any way. Accordingly, Ms. Paez will be ordered to show cause in writing why she should not be sanctioned for failure to obey the court's July 28, 2022, order. She will be given seven days to do so. In the alternative, Attorney Paez may file a substitution of attorney form that complies with the Local Rules of this district.

////

////

////

Accordingly, IT IS HEREBY ORDERED that within seven days from the date of this order, attorney Jennifer Elgie Paez is ORDERED TO SHOW CAUSE in writing why she should not be financially sanctioned for failure to obey a court order.  See Local Rule 110.  The filing of substitution of attorney within the prescribed time will serve to discharge this order to show cause.

The Clerk of Court is directed to serve a copy of this order on:

>   Jennifer E. Paez
>   Gordon Rees Scully Mansukhani, LLP
>   3 Parkcenter Dr., Suite 200
>   Sacramento, CA 95825

DATED: August 10, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE