# UNITED STATES DISTRICT COURT

EASTERN DISTRICT    District of    CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS, et al.<br>Plaintiff(s),<br>V.<br>EL DORADO COUNTY, et al.<br>Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:15-cv-00165-MCE- |

Notice is hereby given that, subject to approval by the court, __Defl. Susanna Kurk, DDS__ substitutes
(Party(s) name)

__Jeffrey P. Wilson__, State Bar No. __258027__ as counsel of record in place
(Name of New Attorney)

place of __Jennifer E. Paez__

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Lewis Brisbois Bisgaard & Smith LLP

Address:      2185 N. California Blvd., Suite 300, Walnut Creek, CA 94596

Telephone:    (925) 357-3456                Facsimile  (925) 478-3260

E-Mail (Optional):   Jeffrey.Wilson@lewisbrisbois.com;  Pamela.Kassoff@lewisbrisbois.com;

I consent to the above substitution.

Date: 8/17/2022

(Signature of Party (s))

I consent to being substituted.

Date: August 15, 2022

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8.15.22

The substitution of attorney hereby approved and so ORDERED.

Date: August 19, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

4853-4150-1742.1