UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRUCE BENTON, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0165 MCE AC P<br><br><br>ORDER |

On October 12, 2022, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections thereto were to be filed within fourteen (14) days. ECF No. 87. Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations issued October 12, 2022 (ECF No. 87), are ADOPTED in full, and

　　2. El Dorado County's motion to dismiss (ECF No. 54) is GRANTED IN PART and DENIED IN PART as follows:

///

1

      a. DENIED as to Claim Four;

      b. GRANTED as to Claim Eleven, and

      c. GRANTED as to injunctive relief.

   3. This case shall proceed on the remaining claims.

IT IS SO ORDERED.

Dated: November 16, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE