UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS, | No.  2:15-cv-0165 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| EL DORADO COUNTY, et al., | |
| Defendants. | |

Plaintiff has filed a motion to modify the court's modified scheduling order issued July 22, 2022, pursuant to Federal Rule of Civil Procedure 16(b)(4).  ECF No. 97.  This is plaintiff's second request modify the scheduling order.[1]  See ECF No. 74.  Defendants have not filed a response, and the period within which to do so has passed.  See Local Rule 230(l).

In support of the motion, plaintiff states that the parties began to exchange discovery last fall, and that they have begun the meet and confer process in order to discuss responses believed to be unsatisfactory.[2]  ECF No. 97 at 1-2.  Over the past few months, however, due to several factors—some miscommunication between the parties, plaintiff's reduced law library access due to COVID-19 outbreaks, plaintiff's severe health issues and the delay in providing a medical

---

[1]  In July 2022, defendants El Dorado County, Garcia, and Handy also moved for a modification of the discovery and scheduling order, which was granted.  ECF Nos. 77-79.
[2]  Plaintiff has provided copies of meet and confer correspondence between the parties.  ECF No. 97 at 4-21.

1

1    device that will help alleviate the severity of some of them—plaintiff states that he has been

2    unable to timely complete discovery in compliance with the court's scheduling order.  ECF No.

3    97 at 1-3.  As a result, he requests that an order issue that enables him to compensate for the time

4    lost so that all parties may properly litigate this matter.  ECF No. 97 at 3.

5         In light of these facts, plaintiff's motion to modify the modified discovery and scheduling

6    order will be granted.  The parties will be given an additional sixty days from the date of this

7    order to produce and complete any remaining discovery.  The date for pretrial motions – other

8    than motions to compel – will also be adjusted accordingly.  **However, the parties are cautioned**

9    **that absent exigent circumstances, no additional requests to modify the discovery and**

10   **scheduling order will be granted.**

11        Accordingly, IT IS HEREBY ORDERED that:

12        1.  Plaintiff's motion to modify the discovery and scheduling order (ECF No. 97) is

13   GRANTED;

14        2.  The parties shall have until June 5, 2023, to complete discovery.  Any motions

15   necessary to compel discovery shall be filed by that date.

16        3.  All pretrial motions – except motions to compel – shall be filed on or before August

17   28, 2023.

18        All other directives in the court's modified discovery and scheduling order issued July 22,

19   2022 (ECF No. 79) are to remain in full force and effect.

20   DATED: April 4, 2023

21

22   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2