UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EL DORADO COUNTY, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0165 MCE AC P<br><br><br>ORDER |

　　Plaintiff has filed a motion for an extension of time until October 18, 2023, to file an opposition to defendants' motion for summary judgment. ECF No. 115. Plaintiff states that he was placed in COVID-19 quarantine shortly after receiving the motion. Id.

　　Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 115) is GRANTED, and

　　2. Plaintiff shall have until October 18, 2023, to file an opposition to defendants' motion for summary judgment.

DATED: September 20, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE