1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BRIAN SPEARS,                              No.  2:15-cv-0165 MCE AC P

12              Plaintiff,

13        v.                                     ORDER

14    BRUCE MILES BENTON, et al.,

15              Defendants.

16

17          Plaintiff filed a motion for a thirty-day extension of time to file objections to the

18    September 20, 2023 findings and recommendations.  Good cause appearing, IT IS HEREBY

19    ORDERED that:

20          1.  Plaintiff's motion for an extension of time (ECF No. 118) is granted; and

21          2.  Plaintiff is granted thirty days from the service of this order in which to file any

22    objections.

23    DATED: October 12, 2023

24    _____

25    ALLISON CLAIRE
      UNITED STATES MAGISTRATE JUDGE

26

27

28