UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY, et al.,<br><br>    Defendants. | No. 2:15-cv-0165 MCE AC P<br><br><br>ORDER |

Plaintiff is a former county and current state prisoner. On February 15, 2024, counsel James Greiner filed a motion for temporary restraining order on plaintiff's behalf that was withdrawn the following day. ECF Nos. 135, 138. An attachment to the motion indicates that counsel is representing plaintiff in a state habeas proceeding, and intended to appear in this action for the limited purpose of filing the motion for temporary restraining order. ECF No. 135-1 at 1. However, Mr. Greiner has yet to file a motion to withdraw as counsel of record. See L.R. 182(d).

Accordingly, IT IS HEREBY ORDERED that within seven days of the filing of this order, plaintiff's counsel shall either notify the court that he intends to stay on as counsel of record in this civil rights action or file a motion to withdraw as counsel of record.

DATED: May 2, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE