UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>   Plaintiff,<br><br>   v.<br><br>EL DORADO COUNTY, et al.,<br><br>   Defendants. | No. 2:15-cv-0165 MCE AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 20, 2023, the magistrate judge filed an order and findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 116. Plaintiff has filed objections to the order and findings and recommendations. ECF No. 124.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

With respect to plaintiff's objections to the order denying his motion to modify the discovery and scheduling order, Federal Rule of Civil Procedure 72(a) permits a party to object to non-dispositive orders issued by magistrate judges and requires that the district judge "modify or set aside any part of the order that is clearly erroneous or is contrary to law."  The September 20, 2023, order of the magistrate judge is not clearly erroneous or contrary to law and the objections will be overruled.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 20, 2023 (ECF No. 116), are ADOPTED in full;

2. Defendant Carol Armstrong is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m);

3. Plaintiff's objections to the September 20, 2023, order denying his motion to modify the discovery and scheduling order (ECF No. 124) are OVERRULED and the September 20, 2023 order is AFFIRMED; and

4. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated:  September 10, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE