UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br><br>    Plaintiff,<br><br>    v.<br><br>EL DORADO COUNTY, et al.,<br><br>    Defendants. | No. 2:15-cv-0165 DC AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a motion for a thirty-day extension of time to file objections to the May 13, 2025 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 152) is GRANTED; and

2. Plaintiff has thirty days from the service of this order to file any objections.

DATED: June 10, 2025

                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE