UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SPEARS,<br>Plaintiff,<br>v.<br>EL DORADO COUNTY, et al.,<br>Defendants. | No. 2:15-cv-0165-DC-AC (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 114, 150) |

Plaintiff, a former county and current state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 150. After receiving extensions of time, plaintiff filed timely objections to the findings and recommendations. ECF No. 156. However, in his objections, plaintiff reasserts the arguments he raised in his opposition and supplemental opposition to the motion for summary judgment filed by Defendants El Dorado County, Garcia, and Handy. (Doc. Nos. 121, 146), which the magistrate judge thoroughly and correctly addressed in the findings and recommendations. Accordingly, plaintiff's objections do not provide a basis upon which to reject the findings and

recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 150) are ADOPTED;
2. The motion for summary judgment filed by Defendant El Dorado County, Garcia, and Handy (ECF No. 114) is GRANTED;
3. The claims against Defendant El Dorado County are DISMISSED without prejudice;
4. The claims against Defendants Garcia and Handy are DISMISSED with prejudice;
5. This action proceeds on the sole remaining claim against Defendant Kurk; and
6. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Dena Coggins
United States District Judge